■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHANA SIEGEL, Appellant. [801 NYS2d 531]—

Judgment, Supreme Court, New York County (Lewis Bart Stone, J.), rendered July 18, 2003, convicting defendant, after a jury trial, of assault in the second degree, and sentencing her to a term of 30 days, unanimously affirmed.

The court properly denied defendant's application pursuant to *Batson v Kentucky* (476 US 79 [1986]). The record supports

the court's finding that the nondiscriminatory reasons provided by the prosecutor for the challenges in question were not pretextual. This finding is entitled to great deference (*see People v Hernandez*, 75 NY2d 350 [1990], *affd* 500 US 352 [1991]). Defendant's remaining arguments on this issue are unpreserved and we decline to review them in the interest of justice.

The prosecutor's cross-examination of defendant and accompanying summation comments delved into relevant material given defendant's portrayal of herself as small and weak. Concur—Buckley, P.J., Friedman, Sullivan and Nardelli, JJ.